No. 11–6216.  SHIGEMURA *v.* UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 11–6219.  NAPPER *v.* UNITED STATES.  Ct. App. D. C.
Certiorari denied.

No. 11–6221.  LOISEAU *v.* UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 11–6222.  SILVA-LOPEZ *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 11–6226.  BUCKLES *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 11–6237.  BROWN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–6242.  COPELAND *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 11–6244.  MOORE *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 11–6248.  SPRINGER *v.* UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 11–6250.  MITCHELL *v.* UNITED STATES.  C. A. 8th Cir.
Certiorari denied.

No. 11–6254.  WEATHERALL *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 11–6258.  CIONI *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–6263.  FERNANDEZ CUESTA, AKA FERNANDEZ CUERTO
*v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–6264.  SINDRAM *v.* UNITED STATES.  Ct. App. D. C.
Certiorari denied.

No. 11–6271.  MASSEY *v.* UNITED STATES.  C. A. 11th Cir.
Certiorari denied.